UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Case. No. 04-1682-CBS |
| ) | |
| LOUIS E. HANLEY, SR., ) | |
| ) | |
| Defendant ) | |

**GOVERNMENT'S MOTION TO SEAL AND IMPOUND**

The United States of America, by Michael J. Sullivan, United States Attorney, and John M. Hodgens, Jr., Assistant U.S. Attorney, hereby moves the Court for an Order directing the Clerk to seal and impound the Complaint and Affidavit in Support thereof. In support, the Government represents that premature disclosure may impede an ongoing investigation.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _John M. Hodgens, Jr / JAC_
JOHN M. HODGENS, JR.
Assistant U.S. Attorney

Date: 2/25/04

2-25-04
allowed
[signature]
MJ