AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

LOUIS E. HANLEY, SR.



**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1682-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  1/2003-6/2003; and 2/3/2004  in  Worcester  county, in the District of  Massachusetts  defendant(s) did, (Track Statutory Language of Offense)

knowingly possess in and affecting interstate commerce a firearm, to wit: a Browning shotgun, model Light 12, 12 gauge caliber, serial number 5G83967, after having been convicted in any court of a crime punishable by imprisonment for a term exceeding one year

in violation of Title  18  United States Code, Section(s)  922(g)(1)

I further state that I am a(n)  ATF Special Agent  and that this complaint is based on the following facts:

Affidavit of ATF Special Agent Michael P. Curran

Continued on the attached sheet and made a part hereof:   ☐ Yes   ☐ No

Signature of Complainant
Michael P. Curran
Special Agent, ATF

Sworn to before me and subscribed in my presence,

2-25-04          at        Boston, Massachusetts
Date                             City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

DOCKETED