

Case 1:04-mj-01682-CBS    Document 3-2    Filed 02/25/2004    Page 1 of 10

Draft Transcript of February 3, 2004 meeting between Undercover agent Gene Westerlind and Louis HANLEY. Meeting occurred at 69 Tacoma Street in Worcester, MA.

Phone rings

WESTERLIND: Hello? Yes, Oh, OK, send them in, Thanks.

WESTERLIND: Hi

HANLEY: Gene?

WESTERLIND: Yeah, How are you doing? Good. And you are?

HANLEY: Its my Wife

BRIDGET HANLEY: His wife

WESTERLIND: You mind, ah, waiting out in the lobby? It'll only be a minute. Have a seat. First thing I've got to do, is ah, positively identify you, since it's ah, you know what we're dealing with.

HANLEY: Alright

WESTERLIND: Heading back up North today?

HANLEY: Yeah.

WESTERLIND: I was up in Bridgton once upon a time.

HANLEY: Yeah.

WESTERLIND: Moose Lake up there,

HANLEY: Ah.

WESTERLIND: or Moose Pond?

HANLEY: Long Lake? And Moose Pond, I haven't heard of that one.

1

EXHIBIT A

WESTERLIND: Ah.

HANLEY: I've only been up there since June, so.

WESTERLIND: Yeah. It's quite a hike, as I recall. I haven't been up into Maine in ages.

HANLEY: Uh-huh, it's a haul.

WESTERLIND: This'll be good to get this taken care of and get it out of here.

HANLEY: Yeah

WESTERLIND: It's been a pain in the rear end. Boss has been all, ah, shook up that we have it, so. Mind if I take a copy of that?

HANLEY: Sure

WESTERLIND: Alright.

WESTERLIND: Alright, and then I have to establish what you're here for, even though we've talked.

HANLEY: OK

WESTERLIND: What are you coming down for?

HANLEY: To pick up my gun.

WESTERLIND: OK, what is it?

HANLEY: Shotgun

WESTERLIND: Can you describe it to me?

HANLEY: A Browning, Browning, golden trigger

WESTERLIND: OK

HANLEY: Semi- automatic.

WESTERLIND: Alright. What caliber is it?

HANLEY: 12 gauge

2

WESTERLIND: Alright, and what else are you looking for?

HANLEY: A BB gun.

WESTERLIND: Ok, anything else?

HANLEY: No, that's it?

WESTERLIND: And where was that left?

HANLEY: In the closet.

WESTERLIND: Of?

HANLEY: 144 Dorchester Street,

WESTERLIND: OK

HANLEY: Apartment A.

WESTERLIND: Alright, and did you live there?

HANLEY: I was staying there for a while, yeah.

WESTERLIND: OK, when was that?

HANLEY: Ah, since, well I left there in June.

WESTERLIND: OK

HANLEY: So.

WESTERLIND: Alright, so it's a Browning gold trigger

HANLEY: Yeah

WESTERLIND: Ah, 12 gauge shotgun, and what's the pellet gun look like?

HANLEY: What's it called? I don't know, just a nice little pellet gun pistol.

WESTERLIND: OK, alright, just got to make sure you're who you say you are and we are giving you what's yours.

HANLEY: I hear you.

WESTERLIND: So that, that is yours.

HANLEY: Yes.

WESTERLIND: OK, I'll give you the pistol, and if you can identify that. Is that yours?

HANLEY: Yep.

WESTERLIND: OK, and could you read the serial number to me.

HANLEY: No, I can't even see it. Nah, I have to get my glasses.

WESTERLIND: OK, and, the shotgun, does that look like your shotgun?

HANLEY: Yep. That's not the trigger lock I had on it though.

WESTERLIND: Um, was there a trigger lock on it?

HANLEY: Yeah.

WESTERLIND: Yeah, OK. It didn't have one when, when I got it,

HANLEY: Uh-huh

WESTERLIND: so I put one on it.

HANLEY: It had one on it.

WESTERLIND: OK. Alright, well, that's yours. You want to verify the serial number on there?

HANLEY: I can't see it. I don't have glasses or nothing but that's it. Alright, there was also another barrel?

WESTERLIND: OK, I've got the barrel. I just, I'm gonna need to verify the serial number on that. That's ah, that's part of this I guess? (unintelligible) Is that the barrel?

HANLEY: Yep

WESTERLIND: OK, let me make sure I've got the serial number on this, Looks like ah 5G83967. Does that sound right?

4

HANLEY: I don't know.

WESTERLIND: OK, alright let me ah, get you your receipt for this. I wrote your information on the back of there, I've got a copy of your license. That's just so later on you can't say that we didn't give you your shotgun back. Now I'm going to sign this.

HANLEY: Sign all of this twice?

WESTERLIND: And ah?

HANLEY: Sure this goes to here?

WESTERLIND: Yeah, I think it goes on the bottom.

HANLEY: Oh, right here? (unintelligible)

WESTERLIND: Alright, and ah, I just got to grab the keys for this.

HANLEY: OK

WESTERLIND: OK

HANLEY: (unintelligible) can't transport that without the trigger lock, right (unintelligible)?

WESTERLIND: Right, in Massachusetts you can't transport that without the trigger lock.

5



DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## WAIVER OF RIGHT TO REMAIN SILENT AND OF RIGHT TO ADVICE OF COUNSEL

### STATEMENT OF RIGHTS

LH You must understand your rights before we ask you any questions.

LH You have the right to remain silent.

LH Anything you say can be used against you in court, or other proceedings.

LH You have the right to talk to a lawyer for advice before we question you and to have him/her with you during questioning.

LH If you cannot afford a lawyer and want one, a lawyer will be appointed for you by the court. If you decide to answer questions now without a lawyer present, you will still have the right to stop the questioning at any time. You also have the right to stop the questioning at any time until you talk to a lawyer.

I have read this statement of my rights and it has been read to me, and I understand what my rights are.

LH
Date 2/3/04                    _____
    LH                               Signature
Time 3 01. PM

### WAIVER

I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have made to me and no pressure or force of any kind has been used against me. I hereby voluntarily and intentionally waive my rights, and I am willing to make a statement and answer questions.

Date 2/3/04                    _____
                                     Signature
Time 3 01, PM

### CERTIFICATION

I hereby certify that the foregoing Waiver of Right to Remain Silent and of Right to Advice of Counsel were read by me to the above signatory, and that he/she also read it and has affixed his/her signature hereto in my presence.

_____         _____
       Witness                         Signature

       Witness

ATF F 3200.4  5-91 PREVIOUS EDITIONS ARE OBSOLETE                        EXHIBIT B

| DEPARTMENT OF THE TREASURY - BUREAU OF ALCOHOL, TOBACCO AND FIREARMS AFFIDAVIT | PAGE 1A OF 2 PAGES |
|---|---|

I, LOUIS E HANLEY, SR. DOB 7/22/50, SSN 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, state that

I reside at 1217 SOUTH HIGH STREET, BRIDGTON, ME. I HAVE LIVED IN BRIDGTON, ME SINCE JUNE, 2003 WITH MY WIFE BRIDGET HANLEY (MULRINEN). PRIOR TO THIS, I LIVED AT 144A DORCHESTER ST. IN WORCESTER FROM APPROXIMATELY JANUARY UNTIL JUNE 2003, WITH MY MOTHER NANCY HANLEY, MY SON LOUIS HANLEY, JR, AND HIS GIRLFRIEND TASHA. THIS WAS A ONE BEDROOM APARTMENT AND IS PUBLIC WORCESTER HOUSING. MY MOTHER WAS THE ONLY PERSON ON THE LEASE, BUT THE TELEPHONE WAS IN MY NAME AT ONE TIME. IN APPROXIMATELY DECEMBER 2003, MY MOTHER NANCY HANLEY WAS EVICTED BECAUSE MY SON AND HIS GIRLFRIEND WERE STILL LIVING THERE ILLEGALLY. WHEN MY MOTHER WAS EVICTED, ~~MY SON AND HIS GIRLFRIEND~~ A FAMILY MEMBER REMOVED OUR BELONGINGS. THE FAMILY MEMBER THAT CLEANED THE HOUSE FAILED TO REMOVE MY BROWNING 12 GAUGE SHOTGUN, AN EXTRA BARREL, AND MY SON'S PELLET GUN. I LEFT THE SHOTGUN IN THE LIVING ROOM CLOSET, AND THE SPARE BARREL WAS IN MY MOTHER'S CLOSET. I DID NOT TAKE THE BROWNING SHOTGUN TO MAINE WITH ME WHEN I MOVED BECAUSE I HAD FORGOTTEN ABOUT

I have read the foregoing statement consisting of __2__ pages, each of which I have signed. I fully understand this statement and I declare, certify, verify and/or state under penalty of perjury that the foregoing is true and correct. I made the corrections shown and placed my initials opposite each. I made this statement freely and voluntarily without any threats or rewards, or promises of reward having been made to me in return for it. Executed on FEBRUARY 3, 2004

SIGNATURE OF AFFIANT: *[signed] Louis E Hanley*

SUBSCRIBED AND SWORN TO BEFORE ME THIS 3RD DAY OF FEBRUARY, 2004
AT ATF WORCESTER
SIGNATURE: *[signed]*
TITLE: SPECIAL AGENT

WITNESS SIGNATURE: Gene E. Westerlind *[signed]*
TITLE: Special Agent HUD-OIG

ATF F 5000.1 (12-83)

DEPARTMENT OF THE TREASURY - BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

## AFFIDAVIT
(CONTINUATION SHEET)

PAGE 2 OF 2 PAGES

IT. THE SHOTGUN HAD A TRIGGER LOCK ON IT. I HAD A TRIGGER LOCK ON IT BECAUSE I KNOW THAT IT IS A LAW TO HAVE TRIGGER LOCKS ON GUNS. MY SON TOLD ME AFTER THE EVICTION, THAT HE LEFT THE SHOTGUN BEHIND. I BEGAN TO CALL THE WORCESTER HOUSING AUTHORITY TO GET MY GUN BACK. I ORIGINALLY PURCHASED THE SHOTGUN, USED, IN APPROXIMATELY 1967 IN SHREWSBURY AT A GUN DEALER FOR ABOUT $150. I HAVE HAD THE SHOTGUN SINCE THEN, BUT AT TIMES IT HAS BEEN AT MY MOTHER'S HOUSE. WHEN I PURCHASED THIS, I HAD A MASSACHUSETTS FID CARD SINCE THAT TIME I HAVE BEEN CONVICTED IN WORCESTER SUPERIOR COURT FOR CONSPIRACY TO DISTRIBUTE COCAINE AND TWO DOMESTIC ASSAULT AND BATTERIES IN WORCESTER DISTRICT COURT. I USED THE SHOTGUN FOR HUNTING ON MANY OCCASIONS, AND TO MY KNOWLEDGE IT WORKS FINE. I NEVER NOTIFIED THE WORCESTER POLICE THAT I MOVED TO CHANGE MY ADDRESS. I WANTED THE SHOTGUN BACK SO I COULD SELL IT AND MAKE SOME MONEY. I WAS READ MY RIGHTS BEFORE I GAVE THIS STATEMENT TWO TIMES BY ATF SPECIAL AGENTS. NO PROMISES HAVE BEEN MADE TO ME, AND I UNDERSTAND THAT I MAY BE IN LEGAL TROUBLE. I GIVE THIS STATEMENT OF MY OWN FREE WILL, KNOW WHAT I AM DOING, AND AM NOT UNDER THE INFLUENCE OF DRUGS OR ALCOHOL.

SIGNATURE OF AFFIANT: *[signature]*

DATE: 2/3/04

3:52 PM STATEMENT ENDED

ATF F 5000.2 (6-74)