OFFICE OF THE CLERK
**United States District Court**
DISTRICT OF MAINE
www.med.uscourts.gov

WILLIAM S. BROWNELL
   CLERK

☒ Edward T. Gignoux
Courthouse
156 Federal Street, Rm 102
Portland, Maine 04101
(207)780-3356

☐ Margaret Chase Smith
Courthouse
P.O. Box 1007
Bangor, Maine 04402
(207)945-0575

March 8, 2004

U.S. District Court
1 Courthouse Way, Suite 2300
Boston, MA  02210


RE:   USA v. LOUIS E. HANLEY, SR.
       D/ME MAG. NO. 04-29-B
       D/MA NO. 04-1682-CBS

Dear Sir/Madam:

The above-named defendant having appeared before Magistrate Judge David M. Cohen for a removal hearing on March 5, 2004, pursuant to his arrest here in the District of Maine, enclosed please find copies of the following:

1. Certified copy of docket
2. Certified copy of Order Holding Dft to Answer and To Appear
3. Certified copy of Order Setting Conditions of Release
4. Certified copy of Election Regarding Holding of Preliminary Hearing
5. Certified copy of Waiver of Rule 5 & 5.1 Hearings
6. Copy of Gvt Motion for Detention
7. Certified copy of Financial Declaration
8. Copy of Synopsis
9. Fax copy of Gvt's Motion to Unseal Complaint & Affidavit w/Order thereon
10. Fax copy of Warrant for Arrest
11. Fax copy of Criminal Complaint

Please note that this defendant was released on bond pending further proceedings in your district.

Sincerely,

Susan L. Hall
Deputy Clerk

Enc.
cc:   Michael J. Conley, AUSA
       Robert J. Ruffner, Esq.
       U.S. Marshal Service
       U.S. Probation Office

**CLOSED**

# U.S. District Court
## District of Maine (Portland)
### CRIMINAL DOCKET FOR CASE #: 2:04-mj-00029-WSB-ALL

Case title: USA v. HANLEY
Other court case number(s): None
Magistrate judge case number(s): None

Date Filed: 03/02/04

---

Assigned to: MAG. JUDGE
WILLIAM S. BROWNELL
Referred to:

**Defendant(s)**
----------------------

**LOUIS E HANLEY, SR (1)**           represented by   **ROBERT J. RUFFNER**
                                                      VINCENT, KANTZ & RUFFNER
                                                      80 EXCHANGE STREET
                                                      SUITE 32
                                                      PORTLAND, ME 4101-6630
                                                      761-1914
                                                      Email: rjruffner@ruffnerlaw.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: CJA Appointment*

**Pending Counts**                                    **Disposition**
----------------------                                ----------------

None


**Highest Offense Level (Opening)**
----------------------------------------

None


**Terminated Counts**                                 **Disposition**
----------------------------                          ----------------

None


**Highest Offense Level (Terminated)**

------------------------------------------

None

**Complaints**
----------------

None

**Disposition**
----------------

**Plaintiff**
------------------

USA        represented by   **MICHAEL J. CONLEY**
OFFICE OF THE U.S. ATTORNEY
P.O. BOX 9718
PORTLAND, ME 4104-5018
207/780-3257
Email: michael.conley@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 03/02/2004 | 1 | Rule 40 Documents Received as to LOUIS E HANLEY SR (Attachments: # 1 Exhibit A to Complaint: Draft Transcript of 2/3/04 Meeting# 2 Exhibit B to Complaint: ATF Waiver of Right to Remain Silent & of Right to Advice of Counsel w/Statement of Dft# 3 D/MA Warrant for Arrest# 4 Gvt Motion to Unseal Complaint & Affidavit w/Order granting same by D/MA# 5 D/MA Fax Cover Sheet)(slh, ) (Entered: 03/03/2004) |
| 03/02/2004 | 2 | SYNOPSIS as to LOUIS E HANLEY SR (slh, ) (Entered: 03/03/2004) |
| 03/02/2004 | 3 | CJA 23 Financial Affidavit by LOUIS E HANLEY SR (slh, ) (Entered: 03/03/2004) |
| 03/02/2004 | 4 | MOTION for Detention *w/request for 3 day continuance* by USA as to LOUIS E HANLEY SR. (slh, ) (Entered: 03/03/2004) |
| 03/02/2004 | 5 | Minute Entry for proceedings held before Mag.Judge WILLIAM S. BROWNELL :Initial Appearance held as to LOUIS E HANLEY SR, Attorney Appointment Hearing held as to LOUIS E HANLEY SR, Added court-appointed attorney ROBERT J. RUFFNER for LOUIS E HANLEY. Detention Hearing set for 3/4/2004 10:30 AM in Hearing Room, Portland before MAG. JUDGE DAVID M. COHEN. Rule 5 |

| | | |
|---|---|---|
| | | Identity Hearing set for 3/4/2004 10:30 AM in Hearing Room, Portland before MAG. JUDGE DAVID M. COHEN. (Court Reporter FTR) Dft remanded to custody of USMS. (slh, ) (Entered: 03/03/2004) |
| 03/02/2004 | 6 | ORDER OF TEMPORARY DETENTION as to LOUIS E HANLEY SR By Mag.Judge WILLIAM S. BROWNELL. Rule 40 Identity Hearing and Detention Hearing set for 3/4/2004 10:30 AM in Hearing Room, Portland before MAG. JUDGE DAVID M. COHEN. (slh, ) (Entered: 03/03/2004) |
| 03/04/2004 | 7 | Minute Entry for proceedings held before Mag.Judge DAVID M. COHEN :Testimonial Detention Hearing held as to LOUIS E HANLEY SR, Rule 40 Identity Hearing held as to LOUIS E HANLEY SR on 3/4/2004 : Defendant waives identity & was advised of his rights. Continued Detention Hearing set for 3/4/2004 03:30 PM in Hearing Room, Portland before MAG. JUDGE DAVID M. COHEN. (Court Reporter FTR) Dft remanded to custody of USMS. (slh, ) (Entered: 03/05/2004) |
| 03/04/2004 | 8 | Detention Hearing WITNESS LIST as to dft LOUIS E HANLEY SR. (slh, ) (Entered: 03/05/2004) |
| 03/04/2004 | 9 | Detention Hearing EXHIBIT LIST as to dft LOUIS E HANLEY SR. (slh, ) (Entered: 03/05/2004) |
| 03/04/2004 | 10 | WAIVER of Rule 5 & 5.1 Hearings by LOUIS E HANLEY SR (slh, ) (Entered: 03/05/2004) |
| 03/04/2004 | 11 | NOTICE of Election Regarding Holding of Preliminary Hearing as to LOUIS E HANLEY SR (slh, ) (Entered: 03/05/2004) |
| 03/04/2004 | 12 | Minute Entry for proceedings held before Mag.Judge DAVID M. COHEN :Bond Hearing held as to LOUIS E HANLEY SR, Bond set as to LOUIS E HANLEY SR (1) $5,000/unsec, unsec Bond Made by LOUIS E HANLEY SR in amount of $ 5,000, (Court Reporter FTR) (slh, ) (Entered: 03/05/2004) |
| 03/04/2004 | 13 | ORDER Setting Conditions of Release as to LOUIS E HANLEY SR; $5,000/unsec bond By Mag.Judge DAVID M. COHEN. (slh, ) (Entered: 03/05/2004) |
| 03/05/2004 | 14 | ORDER Holding Dft TO ANSWER and Appear in District of Prosecution By Mag.Judge DAVID M. COHEN. (slh, ) (Entered: 03/05/2004) |
| 03/08/2004 | 15 | Remark/RULE 5 TRANSFER to D/MA as to LOUIS E HANLEY SR |

| | | (slh, ) (Entered: 03/08/2004) |
|---|---|---|

A TRUE COPY
ATTEST: William S. Brownell, Clerk

By_____
　　　　　Deputy Clerk

AO 467 (1/86) Order Holding Defendant

# United States District Court

DISTRICT OF Maine

*2004 MAR -5 P 4:52*

BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

Colm E. Hanley SR

**ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION**

Case Number: 04m29b

Charging District Case Number: 04-1682-CBS

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the _____ District of Massachusetts ; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified) _____
                                                               *Place and Address*

_____ on _____ .
            *Date and Time*

A TRUE COPY
ATTEST: William S. Brownell, Clerk
By _____ Deputy Clerk

_____
Signature of Judicial Officer

MARCH 5, 2004
*Date*

DAVID M. COHEN, USMJ
*Name and Title of Judicial Officer*

OAO 199A    (Rev. 6/97) Order Setting Conditions of Release                                                                 SCANNED    Page 1 of 4 Pages

# UNITED STATES DISTRICT COURT

U. S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

MAR - 4 2004

WILLIAM S. BROWNELL, CLERK
BY:
DEPUTY CLERK

District of Maine

United States of America

V.

LOUIS E. HANLEY, SR.
Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number:   04m29b

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____
                                                                                                                                                  Place
_____ on _____
                                          Date and Time

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

☒  (4)  The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

☒  (5)  The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
         Five Thousand ------------------------------------------------------------------------------------- dollars ($ 5,000.00      )
         in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

13

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☐ (6) The defendant is placed in the custody of:

(Name of person or organization) _____
(Address) _____
(City and state) _____   (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____   _____
                Custodian or Proxy                  Date

☒ (7) The defendant shall:

☒ (a) report to the _____ U.S. Probation Office, telephone number 207-780-3358, not later than AS DIRECTED.

☒ (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: $5,000.00 unsecured appearance bond.

☐ (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described _____.

☐ (d) execute a bail bond with solvent sureties in the amount of $_____.

☐ (e) maintain or actively seek employment.

☐ (f) maintain or commence an education program.

☐ (g) surrender any passport to: _____

☒ (h) obtain no passport.

☒ (i) abide by the following restrictions on personal association, place of abode, or travel:
reside at 1217 South High Street, Bridgton, ME, and shall not travel outside the Districts of Maine & Massachusetts without prior permission of the U.S. Probation Office.

☒ (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:
Worcester Housing Authority personnel

☒ (k) undergo medical or psychiatric treatment and/or remain in an institution as follows:
as directed.

☐ (l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of o'clock for employment, schooling, or the following limited purpose(s):

☐ (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.

☒ (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.

☒ (o) refrain from ☒ any ☐ excessive use of alcohol.

☒ (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

☒ (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

☒ (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

☒ (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.

☒ (t) participate in one of the following home confinement program components and abide by all the requirements of the program which ☐ will or ☒ will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

☒ (i) **Curfew.** You are restricted to your residence every day ☐ from _____ to _____, or ☒ as directed by the pretrial services office or supervising officer; or

☐ (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or

☐ (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

☒ (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

☒ (v) submit to a search of his residence, vehicle, and person by a U.S. Probation Officer for possession of firearms.

☐ (w) _____

☐ (x) _____

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

 A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.
 The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.
 Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.
 If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3)  any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4)  a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

 I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_12 17 South H_____
Address

_Binhith Mien   697 33 49_____
City and State            Telephone

## Directions to United States Marshal

☒ The defendant is ORDERED released after processing.
☐ The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 3/4/04

_____
DAVID M. COHEN
U.S. Magistrate Judge

A TRUE COPY
ATTEST: William S. Brownell, Clerk
By_____
Deputy Clerk

## ADDENDUM TO ORDER SETTING CONDITIONS OF RELEASE

### (Louis E. Hanley, Sr.)

In this case, in which the defendant has been charged with being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1), the government seeks to have the defendant detained based on its claim that he poses a risk of flight and dangerousness to other persons and the community. A detention hearing was held earlier today.

I have read with care the criminal complaint and supporting affidavit of ATF special agent Michael P. Curran, the documents that constitute government exhibits 1 through 3, and the pretrial services report (including the defendant's lengthy criminal history). I have also heard the testimony of agent Curran and U.S. Probation Officer Ryan Petroff. I have also fully considered the arguments of counsel. I conclude that there are conditions of release that will reasonably assure the defendant's appearance as required and the safety of other persons and the community and that the conditions contained in this Order Setting Conditions of Release are the least restrictive combination of conditions of release that will accomplish those purposes.

This addendum is incorporated into and made a part of the Order itself.

AO 466B (Rev. 10/03) Election Regarding Holding of Preliminary Hearing

U. S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

# UNITED STATES DISTRICT COURT

MAR - 4 2004

WILLIAM S. BROWNELL, CLERK
BY:
DEPUTY CLERK

DISTRICT OF Maine

UNITED STATES OF AMERICA

V.

Louis C. Hanley SR
_____
Defendant

**ELECTION REGARDING HOLDING OF PRELIMINARY HEARING**

CASE NUMBER: 04m246

CHARGING DISTRICTS
CASE NUMBER: 04-1682-CBS

In accordance with Rule 5.1(b) of the Federal Rules of Criminal Procedure, I elect to have my preliminary hearing in the above-captioned case in the district where the prosecution is pending, ~~and waive my right to have this hearing take place within 10 days of this date.~~ /L/C

I understand that I will be required to appear in that district forthwith.

MAR 4, 2004
_____
Date

_____
Signature of Defendant

_____
Signature of Defense Counsel

David M Cohen /USMJ
_____
Judge

A TRUE COPY
ATTEST: William S. Brownell, Clerk
By _____
Deputy Clerk

SCANNED

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

U. S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

MAR - 4 2004

WILLIAM S. BROWNELL, CLERK
BY:
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

DISTRICT OF **Maine**

UNITED STATES OF AMERICA

V.

**Louis C. Hanley SR**
Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: **04m296**

CHARGING DISTRICTS
CASE NUMBER: **04-1682-CBS**

I understand that charges are pending in the _____ District of **Massachusetts** alleging violation of **Title 18 USC § 922(g)(1)**
(Title and Section)
and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

## I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary hearing

(X) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

**3/4/2004**
Date

_____
Defense Counsel

A TRUE COPY
ATTEST: William S. Brownell, Clerk
By _____ Deputy Clerk

```
                                              U. S. DISTRICT COURT
                                              DISTRICT OF MAINE
                                                  PORTLAND
                                              RECEIVED & FILED
         UNITED STATES DISTRICT COURT
              DISTRICT OF MAINE                 MAR - 2 2004

                                              WILLIAM S. BROWNELL, CLERK
                                              BY:
                                              DEPUTY CLERK
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Magistrate No. 04m29B |
| | ) | |
| LOUIS E. HANLEY, SR. | ) | |

### MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because the case involves:

   ___ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

   _X_ Crime of violence

   _X_ Maximum sentence life imprisonment or death

   ___ 10+ year drug offense

   _X_ Felony, with two prior convictions in above categories

   _X_ Serious risk defendant will flee

   ___ Serious risk obstruction of justice

2. <u>Reasons for Detention</u>.

   (i) <u>Other than Temporary Detention</u>. The court should detain the defendant because there are no conditions of release which will reasonably assure:

   _X_ Defendant's appearance as required

   _X_ Safety of any other person and the community

3. <u>Date of Detention Hearing</u>.  The United States requests that the detention hearing be held after a continuance of 3 days.

4. <u>Length of Detention Hearing</u>.  The United States will require 1 hour to present its case for detention.

Date:   March 2, 2004

Paula D. Silsby
United States Attorney

*Michael J. Conley*
Michael J. Conley
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
Michael.Conley@usdoj.gov

2

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE



# FINANCIAL DECLARATION

CASE # AND NAME: US v Louis Hanley SR    04m29B

NAME: Louis Hanley, SR              PHONE #: (207) 647-3349
ADDRESS: 1217 South High Street     MARITAL STATUS:
Bridgton, ME                        Single ☐  Married ☒  Divorced ☐
                                    NUMBER OF DEPENDENTS: 0

WARNING: The information you provide in order to obtain court-appointed representation is subject to the following limitations:
(1) The attorney/client privilege may not apply;
(2) The information is subject to being filed with the Court for future examination by the United States Attorney;
(3) A false or dishonest answer could be punished as a crime; and
(4) The form must be signed under penalty of perjury.

## ASSETS

I.  INCOME
    PRESENT EMPLOYER'S NAME: None
    ADDRESS: N/A
    MONTHLY WAGES: Gross 0    Net 0

    **IF NOT CURRENTLY EMPLOYED:**
    NAME YOUR PRIOR EMPLOYER: Walmart
    MONTH and YEAR LAST EMPLOYMENT: January
    MONTHLY EARNINGS LAST EMPLOYMENT: (one week only) $220 approx

    OTHER INCOME: 0
    WELFARE: 0         SOCIAL SECURITY: $684
    PENSION: 0         OTHER: 0

II. PROPERTY
    REAL ESTATE    VALUE    MORTGAGE AMOUNT    NET EQUITY
    1. HOME        0        0                  0
    2. OTHER       0        0                  0

    VEHICLES           VALUE    OWED    NET
    1) 1989 Mazda 626  $200     0       $200
    2.  0              0        0       0

III. OTHER ASSETS
     1. CASH ON HAND  $50      5. JEWELRY   0
     2. BANK ACCOUNTS  0       6. STOCKS    0
     3. CREDIT UNION   0       7. BONDS     0
     4. ACCOUNTS RECEIVABLE 0  8. OTHER     0

USDCME (Rev. 12/00) Previous editions obsolete.        (COMPLETE REVERSE SIDE)

## SYNOPSIS

**Name:**          Louis E. Hanley, Sr.

**Address:**       Bridgton, Maine

**Year of Birth:** 1950                                              **Age:** 53

**Violation:**     Felon in Possession of a Firearm
                   18 U.S.C. § 922(g)(1)

**Penalty:**       18 U.S.C. § 924(e)
                   Imprisonment for not less than 15 years and up to life.
                   Fine not to exceed $250,000, or both.

**Supervised Release:** Not more than 5 years

**Maximum Term of Imprisonment
for Violation of Supervised Release:** Not more than 5 years

**Maximum Term of Supervised Release
for Violation of Supervised Release:**  Not more than 5 years, less any term of imprisonment imposed

**Defendant's Attorney:**

**Detention Status:** To be detained

**Foreign National:** N/A

**Consular Notification Provided:** N/A

**County:** N/A (District of Massachusetts)

**AUSA:** Michael J. Conley

**Guidelines:** Apply

**Corporate Victims Owed Restitution:** None.

**Felony Assessments:** $100

**Related Cases:**

**Caption of Any Related Search Warrants:** N/A